IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**CRIMINAL CASE NO. 3:09cr84**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ROBERT TRULL. ) | |

**THIS MATTER** is before the Court on the Government's Motion to Extend Time for Filing Plea Agreement [Doc. 20], filed on July 23, 2009.

For the reasons stated in the Government's Motion, and for cause shown, **IT IS, THEREFORE, ORDERED** that the Government's Motion to Extend Time for Filing Plea Agreement [Doc. 20] is **GRANTED**. The deadline for the filing of a plea agreement in this case is hereby **EXTENDED** to **July 28, 2009**.

IT IS SO ORDERED.

Signed: July 23, 2009

Lacy H. Thornburg
United States District Judge