UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:09-cr-00084-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **ROBERT TRULL,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on the Violation Report of the U.S. Probation Office (#97). A hearing was held on this matter on November 29, 2016. At the hearing, the defendant admitted that he had been arrested in Union County, North Carolina for law violations related to drugs and alcohol. These charges are pending in Union County.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the bond previously ordered in this case pursuant to the Judgment (#96) is hereby revoked. The defendant will be remanded immediately to the Bureau of Prisons.

Signed: December 1, 2016

Max O. Cogburn Jr
United States District Judge